USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 14 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

SYSTEM CAPITAL, LLC, AND JOSHUA WALLACE,

        Defendants.

Case No. 10 Civ. 8850 (KBF)

**ECF Case**

~~[Proposed]~~ ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT

---

Upon the attorney affidavit of Mark Picard, sworn to the 13th day of February, 2013, and exhibits thereto, copies of the affidavits of service of the summons and complaint, copies of the certificates of the Clerk of the Court stating that no answers have been filed, and copies of all pleadings, it is hereby

**ORDERED** that Defendants System Capital, LLC, and Joshua Wallace show cause before this Court, in Courtroom 15A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on **March 12, 2013**, at **1:00 p.m.**, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure, for entry of default judgment against Defendants System Capital, LLC, and Joshua Wallace ordering permanent injunctive relief, Civil Monetary Penalties and other ancillary equitable relief.

**ORDERED** that service of a copy of this order and annexed affidavit upon Defendants by mail or overnight courier at their last known addresses on or before **February 27, 2013**, shall be deemed good and sufficient service thereof.

Dated: February 13, 2013
New York, New York

*/s/ K. B. Forrest*

**Honorable Katherine B. Forrest**
**UNITED STATES DISTRICT JUDGE**